

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1M
0004279596 APR 16 2015
MAILED FROM ZIP CODE 78701

RE: WR-81,277-01

LESLEY GEAN DAHN
TDC # 1767784

COURT OF CRIMINAL APPEALS ★ OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711